```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Allan Lewis

    v.

                                            Case No. 19-cv-626-LM

Daine et al

## JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated December 18, 2019, judgment is hereby entered.

                                        By the Court:

                                        /s/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        Clerk of Court

Date: December 18, 2019

cc: Allan Lewis, pro se
    Charles Bauer, Esq.
    Christine Friedman, Esq.